AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Tzu Technologies, LLC, a California limited liability company<br><br>*Plaintiff(s)*<br><br>v.<br><br>Kickstarter Inc., and Holland Haptics BV DBA myFrebble, a Netherlands Corporation,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:15-cv-05499-SJO (RAOx)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kickstarter, Inc., via their agent for service of process, The Corporation Trust Company at Corporate Trust Center, 1209 Orange Street, Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Daniel C. Cotman (CBN 218315)
Rasheed McWilliams (CBN 281832)
Obi I. Iloputaife (CBN 192271)
COTMAN IP LAW GROUP, PLC
One Colorado | 35 Hugus Alley, Suite 210
Pasadena Ca, 91103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 07/21/2015

/s/ E. TAMAYO
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-cv-05499-SJO (RAOx)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kickstarter, Inc.
was received by me on *(date)* 08/07/2015 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Amy McLaren, Managing Agent , who is
designated by law to accept service of process on behalf of *(name of organization)* Kickstarter, Inc.
_____ on *(date)* 08/07/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/10/2015

*Server's signature*

Daniel Newcomb, Process Server
*Printed name and title*

Delaware Attorney Services
3516 Silverside Rd. # 16
Wilmington, DE 19810
*Server's address*

Additional information regarding attempted service, etc:
Service was made on 08/07/2015 at 3:00 PM, at Corporation Trust Company, Registered Agent, 1209 Orange St. Wilmington, DE 19801

Documents Served: Summons in a Civil Action; Complaint with Exhibits and Demand for Jury Trial