1   Daniel C. Cotman (CBN 218315)
    dcotman@cotmanip.com
2   Rasheed McWilliams (SBN 281832)
3   Rasheed@cotmanip.com
    Obi I. Iloputaife (CBN 192271)
4   obi@cotmanip.com
5   COTMAN IP LAW GROUP, PLC
    35 Hugus Alley, Suite 210
6   Pasadena, CA 91103
7   (626) 405-1413/FAX: (626) 316-7577

8   *Attorneys for Plaintiff*
9   *TZU Technologies, LLC*

10

11                    **UNITED STATES DISTRICT COURT**

12

13                    **CENTRAL DISTRICT OF CALIFORNIA**

14  TZU Technologies, LLC                    )   Case No.  2:15-cv-05499-JAK-JPR
15                                            )
                      Plaintiff,              )   **NOTICE OF DISMISSAL**
16                                            )   **PURSUANT TO FRCP 41(a)**
17                    v.                      )
                                              )
18  Kickstarter Inc, and Holland Haptics BV   )
19  a Netherlands Corporation DBA             )
    myFrebble                                 )
20                                            )
21  _____Defendants._____             )

22

23

24

25

26

27

28
                                              1
                    **NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)**

1

2

**PLEASE TAKE NOTICE:**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Tzu Technologies

3

LLC hereby dismisses with prejudice its claims for relief against Defendant

4

Kickstarter, Inc.

5

6      DATED:  October 2, 2015                **COTMAN IP LAW GROUP, PLC**

7                                                               s/Rasheed M. McWilliams

8                                                         By:_____
                                                           Daniel C. Cotman

9                                                          Rasheed M. McWilliams

10                                                         Obi I. Iloputaife
                                                           Attorneys for Plaintiff

11                                                         TZU Technologies, LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)**